IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 11-51708 |
| | ) | Chapter 13 |
| Rosemary Jones | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | ) | ADV. NO: |
| Rosemary Jones | ) | |
| 1999 Faye Rd. | ) | COMPLAINT TO DETERMINE |
| Akron, OH 44306 | ) | THAT CLAIM OF HUNTINGTON |
| | ) | NATIONAL BANK, IF ANY, IS |
| Plaintiff | ) | AN UNSECURED CLAIM |
| | ) | |
| v. | ) | |
| | ) | |
| Huntington National Bank | ) | |
| Attn: Officer or General Counsel | | |
| 2361 Morse Rd. | ) | |
| Columbus, OH 43229 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes the plaintiff, Rosemary Jones, by and through the undersigned

counsel, for her complaint against Huntington National Bank, alleges as follows:

1.  This is a core proceeding over which this Court has jurisdiction under 28

U.S.C. Sec. 157(b).

2.  The plaintiff is the debtor in this chapter 7 bankruptcy case.  The defendant,

Huntington National Bank, claims or may claim to hold a secured claim against the

debtor by virtue of an alleged mortgage dated October 5, 2009 between the plaintiff as

mortgagor and Huntington National Bank as mortgagee. This alleged mortgage is designated as reception number 55658258 in the records of the Summit County, Ohio Fiscal Officer, Recording Division and was filed for record on October 14, 2009. Upon information and belief, the plaintiff avers that she owes a present approximate balance of $19,000.00 on the indebtedness allegedly secured by this mortgage.

3. The alleged mortgage owed by the plaintiff to the defendant is a second mortgage on the plaintiff's residential real estate located at 1999 Faye Road, Akron, OH 44306.

4. M & I Bank FSB holds the first mortgage encumbering the plaintiff's residential real estate. The plaintiff states that she owes a current approximate principal balance of $97,000.00 on this first mortgage.

5. The value of the plaintiff's real estate, according to the appraisal of the Summit County, Ohio Fiscal Officer, a copy of which is attached hereto as Exhibit "A," is $92,210.00.

6. Under the reasoning of *Lane v. Western Interstate Bancorp* (*In re Lane*), 280 F.3d 663 (6th Cir. 2002), the plaintiff's obligation to the defendant is a wholly unsecured claim and, as such, is subject to lien stripping.

WHEREFORE, the plaintiff requests the entry of an order declaring that her obligation owed to the defendant, if any, is a wholly unsecured claim and should be allowed and paid as a general unsecured claim inside the debtor's chapter 13 plan. The plaintiff further is entitled to a judgment declaring that the above-referenced alleged mortgage owed by her to the defendant is null, void and without any legal effect

whatsoever.

/s/ Robert M. Whittington, Jr. 0007851
Attorney for the Plaintiff
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
robertwhittington0@gmail.com

Warranty Deed - No. 061 (Joint & Survivor Form)                    FALLS LAW PRINT, NORTON, OHIO 44203

# Know all Men by these Presents

**That,**   ESTHER C. DOBBINS, a widow and not remarried

*, the Grantor ,*

*who claim title by or through instrument, recorded in Volume        , Page        , County*

*Recorder's Office, for the divers good causes and considerations thereunto moving, and especially for*

*the sum of*   One and no/100 ------------------------ *Dollars (\$* 1.00    )

*received to*   her   *full satisfaction of*
                                            JR.
          HENRY THOMAS JONES/and ROSEMARY KOLAR

*, the Grantees,*

*whose TAX MAILING ADDRESS will be*   First Financial Mortgage Corp,
                                      539 White Pond Drive, Akron, OH   44320,
                                                                             *do*

**Give, Grant, Bargain, Sell and Convey** *unto the said Grantees, their heirs and assigns,*
*and to the survivor of them, his or her separate heirs and assigns, the following described premises,*
*situated in the*   City   *of*   Akron   *, County of*   Summit   *and*
*State of Ohio:*

and known as being a part of Lot 6, Tract 4, formerly Springfield
Township and described as follows:  Beginning at a point on the
center line of Hilbish Avenue where it is intersected by the North
line extended Easterly of Lot 20, Peterboro Subdivision, as recorded
in Plat Book 35, Pages 36 & 37, Summit County Records; Thence North
4° 29' East 733.10 feet on said center line of Hilbish Ave.; Thence
North 85° 49' West 409 feet to the place of beginning for the land
herein described;
     Thence North 4° 29' East 575 feet;
     Thence North 85° 49' West 77 feet;
     Thence South 4° 29' West 575 feet;
     Thence South 85° 49' East 77 feet to the place of beginning and
containing 1.016 acres of land.  Also known as Lot 6 in the Gombar
Heights Allotment, unrecorded.

Property also known as 1999 Faye Road, Akron, OH 44306.

P.M. #    67-24439

P.P. #    09-00186-02-004.000

Prior Deed recorded in Volume OR ___4950___ , Page ___459___
of Summit County Records.

*18002*

||||||||||||||||||||||||||    **54061471**
                              **Page: 1 of 2**
James B. McCarthy   DE   14.00   **09/26/1997 03:10P**

TRANSFERRED IN COMPLIANCE WITH
SEC. 319.202 REV. CODE
22,500.00   290.00 FEE

SUMMIT COUNTY AUDITOR
JAMES B. McCARTHY   BUCKEYE RESERVE TITLE AGENCY
97 SEP 26 PM 2:54   ORDER NO. ___AK 6719___
TRANSFERRED

*be the same more or less, but subject to all legal highways.*

*(vertical left margin)* 9/86   9-26-97 cy   Description Approved By TAX MAP DEPARTMENT   A NEW SURVEY IS REQUIRED   JOINT TRANSFER

11-05102-mss   Doc 1   FILED 05/03/11   ENTERED 05/03/11 14:50:59   Page 4 of 9

**To Have and to Hold** the above granted and bargained premises, with the appurtenances thereunto belonging, unto the said Grantees, their heirs and assigns, and to the survivor of them, his or her separate heirs and assigns forever.

And the said Grantor , for herself and her heirs, executors and administrators, hereby covenant with the said Grantees, their heirs and assigns, that said Grantor is the true and lawful owner of said premises, and is well seized of the same in fee simple, and has good right and full power to bargain, sell and convey the same in the manner aforesaid, and that the same are free and clear from all encumbrances, EXCEPT all legal easements, restrictions, conditions of record and taxes and assessments prorated to date of transfer and EXCEPT for those restrictions which violate the Fair Housing Act of 1968 and further, that said Grantor will warrant and defend the same against all claims of all persons whatsoever, except as hereinbefore provided.

And for valuable consideration N/A

do hereby remise, release and forever quit-claim unto the said Grantees, their heirs and assigns, all right and expectancy of **Dower** in the above described premises.

**In Witness Whereof** I have hereunto set my hand , the 22nd day of September and ninety-seven, in the year of our Lord one thousand nine hundred

Signed and acknowledged in presence of

ISABEL WASSON
_Isabel Wasson_

_Mary M. Kenney_
Mary m. kenny

X _Esther C. Dobbins_
Esther C. Dobbins

```
||||||||||||||||||||||||||||||  54061471 -
                                Page: 2 of 2
James B. McCarthy      DE     14.00   09/26/1997 03:10P
```

**State of Ohio**
Trumbull
~~Summit~~ County, } ss.
above named

Before me, a Notary Public in and for said County and State, personally appeared the

Esther C. Dobbins

who acknowledged that she did sign the foregoing instrument and that the same is her free act and deed.

**In Testimony Whereof, I** have hereunto set my hand and official seal, at _Newton Falls_ , Ohio this 22nd day of _September_ , A. D. 19 97.

This instrument prepared by
Robert M. Thomson
Attorney at Law
423 Key Bldg.
Akron, OH 44308

_Penny J. Beegle_
PENNY J. BEEGLE, Notary Public
State of Ohio
My Commission Expires June 5, 2001

**Warranty Deed**

ESTHER C. DOBBINS,
a widow and not remarried

TO

HENRY THOMAS JONES
and
ROSEMARY KOLAR

Transferred

61 COUNTY AUDITOR

**State of Ohio**
County of
Received for Record on the
day of 19
at o'clock M.
and Recorded 19 in
Deed Book Page
COUNTY RECORDER
Recorder's Fee $

EXHIBIT 'A'

| Print | Pay by Phone | Pay On-Line |
|-------|--------------|-------------|

## *John A. Donofrio*
### Fiscal Officer, County of Summit
Note: This is a live file and is subject to constant change.

Print

**IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT**
**Summit County Auditor Division, OH - Tax Year 2010**

Reference Year
APR 15, 2011
11:08 AM

---

### BASIC INFORMATION FOR PARCEL 6724439

| | | | |
|---|---|---|---|
| **PARCEL** | 6724439 | **ALT_ID** 090018602004000 | **NO CARDS** 1 |
| **OWNER** | KOLAR ROSEMARY & JONES ROSEMARY | | **INFO** |
| **OWNER** | | | ---LISTER--- |
| **DESC.** | TR 4 LOT 6 SUB 6 GOMBAR HTS 1.020A | | 01-JAN-08 |
| **DESC.** | | | **RENTAL REG** |
| **DESC.** | | **LUC** 510 | R - SINGLE FAMILY DWELLING, PLATTED |
| **ADDR.** | 1999 FAYE RD , AKRON 44306- | | **CLASS** R |
| **SPEC FLAG** | | | **NBR** 30100227 |
| **HOMESTEAD** No | | | **2.5% REDUCTION** Yes |
| **DISTRICT** 67 AKRON CITY-AKRON CSD | | | **INTER-COUNTY** 77-0530 |

---

### LAND FOR PARCEL 6724439

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|------|--------|------|-------|------|---------|-----------|-----------|--------|-------|
| 01 | 77 | 60 | 555 | 225 | 1.29 | 110/110 | | | 19830 |

**LOT CODE:** 01 = HOUSE LOT

---

### RESIDENTIAL CARD 1 OF 1 FOR PARCEL 6724439

| | | | | |
|---|---|---|---|---|
| **STYHT** | 1 | **HT/AC** | CENTRAL AIR CONDITION | |
| **CONST** | ALUMINUM/VINYL | **FUEL** | GAS | |
| **MSRY TRIM** | | **SYSTEM** | FORCED AIR | |
| **TYPE** | RANCH | **ATTIC** | NO | |
| **YR BUILT** | 1940 | **FINBSMT** | | |
| **EFF YR** | | **REC RM** | | |
| **YRREMDLD** | | **FRP PREFB** | | |
| **TOT RM** | 4 | **FRPL OP/ST** | | |
| **BEDRM** | 2 | **BSMT GAR** | 1 | |
| **FAMLYRM** | | **PHYSICAL** | 57 | |
| **FULL/BTH** | 1 | **FUNC DEP** | | |
| **HALF/BTH** | | **FUNC RSN** | | |
| **TOT FIXTRS** | 5 | **ECON DEP** | 88 | |
| **BSMT** | FULL | **ECON RSN** | 70 | |
| **GFLA** | 1088 | **GRADE** | 100 | |
| **SFLA** | 1088 | **COND (CDU)** | AVERAGE | (100%) |
| | | **PCT CMPL** | | |

**DESCRIPTION:** RANCH ALUMINUM/VINYL 1 STORY WITH 1088 SQ FT GROUND FLOOR LIVING AREA AND 1088 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1940. IT HAS 4 TOTAL ROOMS WITH 2 BEDROOMS, 1 FULL BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AIR CONDITION AND THE OVERALL CONDITION IS AVERAGE. THE "ADDN MISC FEATURES" VALUE WAS DERIVED FROM THE BASEMENT GARAGE (3800), AND THE HT/AC (2280).

```
+--------------------34------------------+
|                                        |
|                                        |
|                                        |
|                                        |
|                                        |
|                                        |
|                                        |
|                                        |
3                                        3
```

**ADDITION CODES:**

| LN | LW | 1S | 2N | 3R | AREA | %COMP | VALUE |
|----|----|----|----|----|------|-------|-------|
| B | 11 | | | | 160 | | 3260 |

11-05102-mss   Doc 1   FILED 05/03/11   ENTERED 05/03/11 14:50:59   Page 6 of 9



**ADDITIONS:**
  **LINE B** FIRST FLOOR OPEN FRAME PORCH

**SECONDARY:**

| CODE | YR BLT | SQ FT | MODS | CD | %GOOD | %COMP | FUN UNIT | FUN/ RS | ECO/ RS | RCNLD |
|------|--------|-------|------|----|-------|-------|----------|---------|---------|-------|
| WD1  | 1998   | 256   |      | A  | 67    |       | 1        |         |         | 2430  |
| G40  | 1999   | 1     |      | G  | 88    |       | 1        |         |         | 12320 |

  WD1 = WOOD DECK
  G40 = GARAGE DETACHED FRAME/BLOCK

## *SUMMARY ALL CARDS FOR PARCEL 6724439*

| | | | | | |
|---|---|---|---|---|---|
| **LAND:** | 19830 | **BUILDING:** | 72380 | **TOTAL:** | 92210 |
| **ASSESSED LAND:** | 6940 | **ASSESSED BLDG:** | 25330 | **ASSESSED TOTAL:** | 32270 |

## *SALES INFORMATION FOR PARCEL 6724439*

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|------|------|---------|-----|------|------|---------|
| 06-JAN-06 | 369 | JONES HENRY THOMAS JR & KOLAR | | | | 1 |
| 26-SEP-97 | 18002 | DOBBINS ESTER C | 72500 | 1 | VALID | 1 |

## *PERMITS*

| DATE | PERMIT # | AMOUNT | DESCRIPTION | O/C |
|------|----------|--------|-------------|-----|
| 08-JUN-07 | HAIL DAMAGE | | AUDITOR RE | C |
| 02-JAN-07 | REMOVE O-RIDE | | AUDITOR RE | C |
| 02-JAN-99 | 40460 | | POLE BARN | C |
| 01-JAN-99 | 6724439 | | GARAGE ATT | C |
| 06-MAY-98 | 40534 | 1400 | EXTERIOR A | C |

## *NOTES*

<u>AA14</u>                                    <u>CA12</u>

07FC3286
HOUSE IS GETTING ADJUSTMENT IN OVERRIDE
FOR HAIL DAMAGE 2ND QTR 2007

| Print | Pay by Phone | Pay On-Line |
|-------|--------------|-------------|

## *2010 SUMMARY INFORMATION FOR PARCEL 6724439*

| | | | |
|---|---|---|---|
| **MAILING ADDRESS** | | **LUC** | 510 |
| JONES ROSEMARY | | **CLASS** | R |
| 1999 FAYE RD | | **2.5%** | Y |
| AKRON, OH  44306 | | **HMSTD** | N |
| **APPRAISED VALUE** | 92,210 | **CAUV** | N |
| **TAXABLE VALUE** | 32,270 | **FOREST** | N |
| **BANK CODE** | | **STUB** | 67021727 |
| **TREAS CODE** | | **CERT YEAR** | 2010 |

11-05102-mss    Doc 1    FILED 05/03/11    ENTERED 05/03/11 14:50:59    Page 7 of 9

ogh

•

| | | | |
|---|---|---|---|
| **CUR YR REFUND** | | **DELQ CONTRACT** | N |
| **PRI YR REFUND** | | **BANKRUPTCY** | N |
| **MONEY IN ESCROW** | | **FORECLOSURE** | N |
| **MONEY IN PRETAX** | | | |

## Beginning Tax Duplicate

### Where Do My Tax Dollars Go?  Voter Approved Levy Tax

| | First Half Charges | Second Half Charges |
|---|---|---|
| Realestate | 949.80 | 949.80 |
| Special Assessment | 124.56 | 124.56 |
| Total | 1074.36 | 1074.36 |
| Due Date | FEB 18, 2011 | JUL 15, 2011 |

## Total Tax Amount Due Reflects Payment & Adjustment To Date

| | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 2467.39 | 1074.36 | 1074.36 |
| P & I & ADJ | 2.98 | 107.44 | 0.00 |
| PAYMENTS | -2243.08 | 0.00 | 0.00 |
| AMOUNT DUE | 227.29 | 1181.80 | 1074.36 |
| YEARLY AMOUNT DUE: | | | 2483.45 |

## *2010 TAX BILL DETAILS FOR PARCEL 6724439*

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 11-AUG-10 | 1 | 346967 | PAY/SAC | -75.46 | -75.46 |
| 11-AUG-10 | 1 | 345667 | PAY/SAC | -40.35 | -40.35 |
| 11-AUG-10 | 1 | 345667 | PAY/SAF | -1.61 | -1.61 |
| 11-AUG-10 | 1 | 346967 | PAY/SAF | -3.02 | -3.02 |
| 11-AUG-10 | 1 | 345667 | PAY/SAP | -4.20 | -8.81 |
| 11-AUG-10 | 1 | 346967 | PAY/SAP | -7.85 | -16.48 |
| 11-AUG-10 | 1 | | PAY/PEN | -94.77 | 0.00 |
| 11-AUG-10 | 1 | | PAY/CHG | -947.69 | -922.40 |
| 06-DEC-10 | 1 | | DUP/INT | 0.00 | 2.98 |
| 31-DEC-10 | 1 | | DUP/ORG | 1584.78 | 1584.78 |
| 31-DEC-10 | 1 | | DUP/RED | -504.23 | -504.23 |
| 31-DEC-10 | 1 | | DUP/ADJ | 1080.55 | 1080.55 |
| 31-DEC-10 | 1 | | DUP/RLB | -108.06 | 0.00 |
| 31-DEC-10 | | | DUP/RLB | 0.00 | -108.06 |
| 31-DEC-10 | | | DUP/HRB | 0.00 | -22.69 |
| 31-DEC-10 | 1 | | DUP/HRB | -22.69 | 0.00 |
| 31-DEC-10 | 1 | 346967 | DUP/SAC | 75.46 | 75.46 |
| 31-DEC-10 | 1 | 345667 | DUP/SAC | 44.31 | 44.31 |
| 31-DEC-10 | 1 | 345667 | DUP/SAF | 1.77 | 1.77 |
| 31-DEC-10 | 1 | 346967 | DUP/SAF | 3.02 | 3.02 |
| 22-MAR-11 | | 345667 | ADJ/SAP | 4.61 | 0.00 |
| 22-MAR-11 | | 346967 | ADJ/SAP | 7.85 | 0.00 |
| 22-MAR-11 | | | ADJ/PEN | 94.98 | 0.00 |

| | |
|---|---|
| **DELQ REAL ESTATE & ASSESSMENT TAX:** | 2467.39 |
| **ADJUSTMENT:** | 0.00 |
| **DECEMBER INTEREST:** | 2.98 |
| **AUGUST INTEREST:** | 0.00 |
| **TOTAL** | 2470.37 |
| **REAL ESTATE CHARGES:** | 949.80    949.80 |
| **SPECIAL ASSESSMENT CHARGES:** | 124.56    124.56 |

11-05102-mss   Doc 1   FILED 05/03/11   ENTERED 05/03/11 14:50:59   Page 8 of 9

| | | |
|---|---|---|
| ADJUSTMENT: | 107.44 | 0.00 |
| TOTAL CHARGES: | **1181.80** | **1074.36** |

| PAYMENTS: | DATE | TYPE | | |
|---|---|---|---|---|
| | 11-AUG-10 | NML | -2243.08 | |
| TOTAL PAYMENTS: | | | -2243.08 | 0.00 |
| FH/SH AMOUNT DUE: | | | 1409.09 | 1074.36 |

**SPECIAL ASSESSMENT:**

| PROJECT | NAME | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 345667 | M03 ST LTG/SWP-9999 | 9999 | 46.08 | 46.08 |
| 346967 | M43 ST SEALING-2013 | 2013 | 78.48 | 78.48 |

## *GENERAL INFORMATION*

**JOHN A. DONOFRIO**
**FISCAL OFFICER, COUNTY OF SUMMIT**
**175 SOUTH MAIN ST.**
**AKRON, OHIO 44308**

## *PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO*

| | |
|---|---|
| **(330)-643-2645** | **SPECIAL ASSESSMENTS** |
| **(330)-643-2710** | **APPRAISAL INFORMATION** |
| **(330)-643-2661** | **HOMESTEAD** |
| **(330)-643-2636** | **GENERAL REAL ESTATE** |

## *PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO*

| | |
|---|---|
| **(330)-643-2867** | **TREASURER DIVISION PRE-PAYMENT PROGRAM** |
| **(330)-643-2600** | **MONTHLY DELINQUENT CONTRACT PROGRAM** |
| **(330)-643-2587** | **TAX BILL MAILING INFORMATION** |
| **(330)-643-2589** | **PAYMENT INFORMATION** |

### *Click the Following Links to Navigate the Tax Years*

**2011**  **2009**  **2008**  **2007**  **2006**  **2005**  **2004**  **2003**  **2002**  **2001**  **2000**  **1999**  **1998**  **1997**  **1996**